AO 241
(Rev. 12/04)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

– 0 7 – 7 4 8 –

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted):  Douglas Fields | | Docket or Case No.: |
| Place of Confinement :  1181 Paddock Rd. Smyrna, De. 19977 | Prisoner No.:  209577 | |
| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) | |
| v. | | |
| Douglas Fields | State of Delaware | |
| The Attorney General of the State of | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Superior Court
500 North King Street Wilmington, Delaware 19801

   (b) Criminal docket or case number (if you know): 0307008810

2. (a) Date of the judgment of conviction (if you know): 1-15-04

   (b) Date of sentencing: 1-30-04

3. Length of sentence: 61 yrs

4. In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Assault one, P.F.D.C.F., Burglary 2nd, Resisting Arrest

6. (a) What was your plea? (Check one)

   ☑ (1)   Not guilty   ☐ (3)   Nolo contendere (no contest)

   ☐ (2)   Guilty   ☐ (4)   Insanity plea

FILED

NOV 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

No Scanned
no IFP

AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.   Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.   If you did appeal, answer the following: Supreme Court

(a) Name of court: Supreme Court

(b) Docket or case number (if you know): 030708810

(c) Result: Affirmed

(d) Date of result (if you know): 11-28-05

(e) Citation to the case (if you know):

(f) Grounds raised: Habitual offender Status, P.F. B.C.F., Burglary 2nd
Assault one Lesser included, Prima facie, Person prohibited
Prosecutor misconduct

(g) Did you seek further review by a higher state court?    ☐ Yes    ☐ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

AO 241
(Rev. 12/04)

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☐ Yes     ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☑ Yes     ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Superior Court

(2) Docket or case number (if you know):

(3) Date of filing (if you know): 12-05-06

(4) Nature of the proceeding: Post-Conviction Relief

(5) Grounds raised: Habitual offender Status, P.F. D.C.F., Burglary 2nd Prima facie, Person Prohibited, Prosecution Misconduct, Assault one Lesser included

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☑ No

(7) Result: Summarily Dissmissed

(8) Date of result (if you know): 6-09-07

AO 241
(Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Supreme Court

(2) Docket or case number (if you know):

(3) Date of filing (if you know): 5

(4) Nature of the proceeding: Appealing order of Summarily dissmissal

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: Dissmissed untimely filed

(8) Date of result (if you know): 11-05-07

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes    ☐  No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☑  Yes    ☐  No

(2) Second petition:   ☑  Yes    ☐  No

(3) Third petition:    ☐  Yes    ☑  No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: After Recieveing The
States opinion, I believed it was final, So I made an Appeal to Supreme Court. They said it was also
Final. Then Redue my Appeal After Reviewing final odent. Then the court said I was untimely filing
When I believed it was 30 working days excluding weekend An Holidays

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: P. F. D. C. F.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Defendants prints
weren't on gun. Defendant's prints weren't on bullets." "Weapon wasn't match
for bullets Recovered At Scence." "There was No gun powder Residue on
Defendant's Clothes or boby pants." states witnesses testified that de-
Fendants didn't have A weapon also wilmington police officer cassidy
And Emmuale both testified that defendant didn't have Any weapon at
Scence or while he Resisted Arrest

(b) If you did not exhaust your state remedies on Ground One, explain why: Supreme Court decided that appeal
was filed untimely. while defendant believed it was timely filed 30
working day After decision, excluding weekend and holidays

AO 241
(Rev. 12/04)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post - Conviction

Name and location of the court where the motion or petition was filed: Superior Court, 500 North King Street Wilmington, Delaware 19801

Docket or case number (if you know): 0307035810

Date of the court's decision: 6-09-07

Result (attach a copy of the court's opinion or order, if available): Summarily dismissed

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court ss the Green Dover, De. 19901

Docket or case number (if you know):

Date of the court's decision: 11-05-07

Result (attach a copy of the court's opinion or order, if available): Untimely filed, dismissed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:** Assault one

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Defen dant does not Know
Victim at All, Never Met or had Any Altercation period - Victim said he Never Saw
Defendant with a gun but he Knows It was done by Defendant. Everything that
went down on Suly 18, 04 Sunday Morning had Absolutely Nothing to do with
Defendant, The whole Arguement was dealing with different people on that
Block. Also I just got caught up outta of A whole block full of people
As Since I was a Violater of probation an had A Criminal Record They
Believed that it wasn't that far fetched that I committed the crime. I was
A Target

(b) If you did not exhaust your state remedies on Ground Two, explain why: Supreme court decided that Appeal
was filed untimely. even though it was filed 30 working After Received, excludin
weekends and holidays

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction

Name and location of the court where the motion or petition was filed: Superior court 500 N. King St. W.l.
De. 19801

Docket or case number (if you know):

Date of the court's decision: 6-07-07

AO 241
(Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available): *Summarily dissmissed*

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Supreme Court 55 The Greens Dover, De. 19901*

Docket or case number (if you know):

Date of the court's decision: *11-05-07*

Result (attach a copy of the court's opinion or order, if available): *Untimely filed dissmissed*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you : have used to exhaust your state remedies on Ground Two

**GROUND THREE:** *Burglary 2nd*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *I had permission to enter the residence by Angela Newman, Vanesca Newman's daughter. I never planed on steeling anything from within, I didn't hurt anybody who lives there niether. I didn't have any wenpon or threaten anybody who there or around there*

(b) If you did not exhaust your state remedies on Ground Three, explain why? *Supreme court decide that Appeal was filed untimely. it was filed 30 working days after Recieved excluding weekend and holidays*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Post-Conviction*

Name and location of the court where the motion or petition was filed: *Superior Court 500 N. King St. Wilm. De. 19801*

Docket or case number (if you know):

Date of the court's decision: *6-02-07*

Result (attach a copy of the court's opinion or order, if available): *Summarily dissmissed*

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Supreme Court 55 The Green Dover, De. 19901*

Docket or case number (if you know):

Date of the court's decision: *11-05-07*

Result (attach a copy of the court's opinion or order, if available): *Untimely filed Dissmissed*

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Prosecutori misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): He Violated my constitut.
onal Right to a fair an Unpartial jury, when he dissmissed only black juror
By saying he wasn't fit for jury duty cause he had a traffic citation.
Also he lend every witness with testimony, instead of Asking questions
He stated his facts then ask his question After he Already Answered
It.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Supreme Court claimed that Appeal
was untimely filed, detendant believed it to be 30 working after order
Excluding weekends an holiday's

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post. Conviction

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed: Superior Court Soo N. King st. Wilm. De. 19801

Docket or case number (if you know):

Date of the court's decision: 6-07-07

Result (attach a copy of the court's opinion or order, if available): Summarily Dissmissed

(3) Did you receive a hearing on your motion or petition?               ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?          ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court 55 The Green Dover, De 19901

Docket or case number (if you know):

Date of the court's decision: 11-05-07

Result (attach a copy of the court's opinion or order, if available): untimely filed Dissmissed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

Page 13

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes   ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

Did Not Review my Appeal of post-Conviction because of untimely filed motion So They Dissmissed my claim Therefore I Never had a chance to finish The whole procedure All grounds were Raised and filed with Supreme court but They

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the
      judgment you are challenging:

      (a) At preliminary hearing: No one so I waved it - No lowyer was present

      (b) At arraignment and plea: on 9-02-03 Arrignment by Video No one - No lawyer Was presen

      (c) At trial: James Bryard

      (d) At sentencing: James Bayard

      (e) On appeal: Pro se

      (f) In any post-conviction proceeding: Pro se

      (g) On appeal from any ruling against you in a post-conviction proceeding: Pro se

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging? .          ☐  Yes        ☑  No
      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

      (b) Give the date the other sentence was imposed:

      (c) Give the length of the other sentence:

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
      future?                  ☐  Yes        ☐  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
      the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
            custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

            (A)    the date on which the judgment became final by the conclusion of direct review or the expiration
                    of the time for seeking such review;

            (B)    the date on which the impediment to filing an application created by State action in violation of
                    the Constitution or laws of the United States is removed, if the applicant was prevented from
                    filing by such state action;

            (C)    the date on which the constitutional right asserted was initially recognized by the Supreme
                    Court, if the right has been newly recognized by the Supreme Court and made retroactively
                    applicable to cases on collateral review; or

            (D)    the date on which the factual predicate of the claim or claims presented could have been
                    discovered through the exercise of due diligence.

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   _11 - - 07_   (month, date, year).

Executed (signed) on   _____   (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *

GROUND FIVE ineffective Assistance of Counsil

(a) SUPPORTING FACTS(Do not argue or cite law Counsil Never
Investigated on prepared for The Case properly. Counsil Never
objected to Any of the States evidence that was introduced. On
Cross examination if they Agreed with state Then turn Around
And Agree with him there was No chanhudge. Counsil Representation
Fell way below Reasonable standard

(b) if you did not exhaust your state remedies on Ground five
explain why: Untimely filed Dissmissed

(c) DIRECT APPEAL OF GROUND FIVE
(1)if you appealed from the judgment of conviction,did you raise
this issue                                     (yes)          no
(2)if you did not raise this issue in your direct appeal,explain

(d)POST-CONVICTION PROCEEDING
(1)Did you raise this issue through a post-conviction motion
or petition for habeas corpus in a state trial court?
                              (yes)         no
(2)if your answer to question(d)(1) is yes, state:
Type of motion: Post-Conviction

Name and location of the court where the motion was filed: Superior
court 500 The King Street De. 19801
Docket or case number(if you know)
Date of the court's decision: A-owr-de 9-09-07)

Result(attach a copy of the court's opinion or order,if available): *Summarily Dismissed*

(3) Did you receive a hearing on your motion or petition?   yes   (no)
(4) Did you appeal from the denial of your motion or petition?  (yes)   no
(5) if your answer to question(d)4 is yes,didyou raise this issue on appeal
(YES)       OR       NO
(6) if your answer to question(d)(4)is yes;state name and location of the
 Court   where the appeal was filed:*Supreme Court 55 The Green Dover, De. (1990)*

Docket or case number(if you know it:
Date of the court's decision: *11-05-07*
Result(attach a copy of the court's opinion or oder,if available *Dissmissed*


(7)if your answer to question(d)(4)or question(d)(5)is no,explain why you
Did not raise this issue:




(e) OTHER REMEDIES:Describ any other procedures(such as habeas corpus,
     administrative remedies,etc.)that you have used to exhaust your
     State remedies on

Ground six Person Prohibited

(a) SUPPORTING FACTS(Do not argue or cite law I Never possessed Any Weapon or gun, There was No weapon found on my persons, All Evidence Shows that defendant Never Carried or held Any weapon on 6-13-05

(b) if you did not exhaust your state remedies on Ground Six explain why: Dismissed

(c) DIRECT APPEAL OF GROUND ██████ Six
(1)if you appealed from the judgment of conviction,did you raise this issue                    (yes)                 no
(2)if you did not raise this issue in your direct appeal,explain

(d)POST-CONVICTION PROCEEDING
(1)Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
                    (yes)          no
(2)if your answer to question(d)(1) is yes, state:
Type of motion: Post-Conviction

Name and location of the court where the motion was filed: Superior Court 500 N. King St. Wil. Del 19801
Docket or case number(if you know)
Date of the court's decision: 6-07-07

Result(attach a copy of the court's opinion or order,if available):Summarily
Dissmissed

(3) Did you receive a hearing on your motion or petition?    yes    no
(4) Did you appeal from the denial of your motion or petition?  yes    no
(5) if your answer to question(d)4 is yes,didyou raise this issue on appeal
YES        OR        NO
(6) if your answer to question(d)(4)is yes;state name and location of the
Court  where the appeal was filed:Supreme Court 55 The Green Dover, De.19901

Docket or case number(if you know it:
Date of the court's decision: 11-05-07
Result(attach a copy of the court's opinion or oder,if available Dissmissed


(7)if your answer to question(d)(4)or question(d)(5)is no,explain why you
Did not raise this issue:




(e) OTHER REMEDIES:Describ any other procedures(such as habeas corpus,
        administrative remedies,etc.)that you have used to exhaust your
        State remedies on

Ground Seven Prima Facie

(a) SUPPORTING FACTS(Do not argue or cite law where prosecutor Targeted black juror To be Removed from jury panel, who was the only black jury member. After defendant dissmissed All six possible members None were Replaced with Any blacks Also. After prosecutor dissmissed None were replaced with Any Blacks. Violation of Const. Right to Fair Impartial jury

(b) if you did not exhaust your state remedies on Ground
explain why: Untimely filed Dissmissed

(c) DIRECT APPEAL OF GROUND Seven
(1)if you appealed from the judgment of conviction,did you raise
this issue                                    (yes)            no
(2)if you did not raise this issue in your direct appeal,explain

(d)POST-CONVICTION PROCEEDING
(1)Did you raise this issue through a post-conviction motion
or petition for habeas corpus in a state trial court?
                          (yes)          no
(2)if your answer to question(d)(1) is yes, state:
Type of motion: Post-Conviction

Name and location of the court where the motion was filed: Superior
Court 500 N. King St. Wilm De. 18801
 Docket or case number(if you know)
 Date of the court's decision: 6-02-07

Result(attach a copy of the court's opinion or order,if available):

(3) Did you receive a hearing on your motion or petition?   yes ___ ⓝⓞ
(4) Did you appeal from the denial of your motion or petition? ⓨⓔⓢ   no
(5) if your answer to question(d)4 is yes,didyou raise this issue on appeal
Ⓨⓔⓢ      OR      NO
(6) if your answer to question(d)(4)is yes;state name and location of the
Court  where the appeal was filed: Supreme Court ss the Green Dover, De. 19901

Docket or case number(if you know it:
Date of the court's decision: 11 05 07
Result(attach a copy of the court's opinion or oder,if available Dissmissed

(7)if your answer to question(d)(4)or question(d)(5)is no,explain why you
Did not raise this issue:

(e) OTHER REMEDIES:Describ any other procedures(such as habeas corpus,
    administrative remedies,etc.)that you have used to exhaust your
    State remedies on

... Ground Eight - Habitual offender Status

(a) SUPPORTING FACTS(Do not argue or cite law Defendant Never Sign habitual offender act, Defendant doesn't Have three Violent felonies or Three of the Same Felonies. Maintaining A Dwelling isn't even in title 11 As A Requirement for the habitual Status. The Court Abosed their Authority by Imposeing this statue on offender who don't fit the Requirement of that Statue

(b) if you did not exhaust your state rem**edies on Ground** explain why: Untimely filed Dissmissed

(c) DIRECT APPEAL OF GROUND FIVE
(1)if you appealed from the judgment of conviction,did you raise this issue                          (yes)                          no
(2)if you did not raise this issue in your direct appeal,explain

(d)POST-CONVICTION PROCEEDING
(1)Did you raise this issue through a post-conviction motion
or petition for habeas corpus in a state trial court?
                          (yes)          no
(2)if your answer to question(d)(1) is yes, state:
Type of motion: Post- Conviction

Name and location of the court, where the motion was filed: Superior
Court 500 N. King 3tr Wilm De- 19801
  Docket or case number(if you know)
  Date of the court's decision: 9-06-07

Result(attach a copy of the court's opinion or order,if available):

(3) Did you receive a hearing on your motion or petition?    yes ___    no
(4) Did you appeal from the denial of your motion or petition?  yes    no
(5) if your answer to question(d)4 is yes,didyou raise this issue on appeal
YES        OR        NO
(6) if your answer to question(d)(4)is yes;state name and location of the
 Court  where the appeal was filed: Sopreme Court 55 The Green Dover, De. 18901

Docket or case number(if you know it:
Date of the court's decision: 11-05-07
Result(attach a copy of the court's opinion or oder,if available Dismissed

(7)if your answer to question(d)(4)or question(d)(5)is no,explain why you
Did not raise this issue:

(e) OTHER REMEDIES:Describ any other procedures(such as habeas corpus,
        administrative remedies,etc.)that you have used to exhaust your
        State remedies on

IM: Douglas Fields

SBI# 201577        UNIT 17

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





Clerk, United States District Court
844 King Street
Lock Box 18
Wilmington, Delaware
                19801

In Prison Mail 11-16-07