IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DOUGLAS FIELDS, )
)
   Petitioner, )
)
v. )  Civil Action No. 07-748-SLR
)
THOMAS CARROLL, )
Warden, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
)
   Respondents. )

### AEDPA ELECTION FORM

1. _____  I wish the court to rule on my § 2254
petition as currently pending.  I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this petition
will be my one opportunity to seek federal
habeas corpus relief.

2.   I wish to amend my § 2254 petition to
include all the grounds I have.  I will
do so within thirty (30) days.  I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this amended
all-inclusive petition will be my one
opportunity to seek federal habeas corpus
relief.

3. _____     I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4. _____     I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

_____
Petitioner

IM Douglas Fields
SBI# 209377     UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N King Street Lock Box 18
Wilmington, Delaware
19801-3570

Legal Mail