D.I. #_____

# CIVIL ACTION
# NUMBER: _____07-748LR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 460 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Sent To: **WARDEN PERRY PHELPS**
Street, Apt. No.; or PO Box No. **DELAWARE CORRECTIONAL CENTER**
City, State, ZIP+4 **1181 PADDOCK ROAD SMYRNA, DE 19977**

7005 1820 0004 3169 5858

PS Form 3800, June 2002       See Reverse for Instructions

D.I. #_____

# CIVIL ACTION NUMBER: 07-748 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 460 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Postmark Here

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7007 2680 0003 3006 5898

PS Form 3800, August 2006       See Reverse for Instructions