*SS*



United States District Court
For the District of Delaware

MAR 13 2008

Acknowledgement of Service Form *Scanned*
For Service By Return Receipt

Civil Action No. **07CV748-SLR**

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

07-748-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *CW Hoof*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  D. Hoofnagner   C. Date of Delivery 3/12/08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WARDEN PERRY PHELPS<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 5858 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540