IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DOUGLAS FIELDS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-748-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Douglas Fields, has applied for federal habeas relief, alleging a variety of other errors in his state court criminal proceedings. D.I. 1. The undersigned filed an answer to the petition on April 25, 2008.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. A request for certified records has been made has been made to the Delaware Supreme Court. Counsel has not yet received any reply to this request. The undersigned anticipates obtaining the records no later than May 27, 2008.

4. This is respondents' FIRST request for an extension of time to file records.

     5.    Respondents submit that an extension of time to May 27, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                      /s/ James T. Wakley
                                      Deputy Attorney General
                                      Department of Justice
                                      820 N. French Street
                                      Wilmington, DE 19801
                                      (302) 577-8500
DATE: April 25, 2008                      Del. Bar. ID No. 4612

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on April 28, 2008, I will mail, by United States Postal Service, the same documents to the following nonregistered participant:

Douglas Fields
SBI # 00209577
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  February 29, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DOUGLAS FIELDS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-748-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before May 27, 2008.

_____
United States District Judge