IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DOUGLAS FIELDS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-748-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Del. Superior Court Criminal Docket #0307008810

b. Appellant's Opening Brief  (53, 2004)

c. State's Answering Brief and Appendix (53, 2004)

d. November 28, 2005 Order (53, 2004)

e. Appellant's Notice of Appeal (420, 2007)

f. August 10, 2007 Notice to Show Cause (420, 2007)

g. Appellant's Response to Notice to Show Cause (420, 2007)

h. November 5, 2007 Order (420, 2007)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: February 28, 2008                                               Del. Bar. ID No. 4612

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on May 28, 2008, I will mail, by United States Postal Service, the same documents to the following non-registered participant:

Douglas Fields
SBI # 00209577
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  May 27, 2008